UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    HERMAN W GARBRECHT  
    CYNTHIA L GARBRECHT  
    Debtor(s)

Case No. 08-27435

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/13/2008.

2) The plan was confirmed on 12/08/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was converted on 10/05/2010.

6) Number of months from filing to last payment: 23.

7) Number of months case was pending: 24.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $92,325.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $13,566.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $13,566.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,305.82 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $720.13 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $2,025.95

Attorney fees paid and disclosed by debtor:   $1,000.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AES/PHEAA | Unsecured | 10,060.00 | 11,501.01 | 11,501.01 | 0.00 | 0.00 |
| AMERICAN GENERAL FINANCE | Secured | 11,665.00 | 11,665.00 | 11,665.00 | 10,404.61 | 1,135.44 |
| AMERICAN GENERAL FINANCE | Unsecured | NA | 311.09 | 311.09 | 0.00 | 0.00 |
| B LINE LLC | Unsecured | 2,525.00 | 3,184.95 | 3,184.95 | 0.00 | 0.00 |
| B&L MARKETING | Unsecured | 480.00 | NA | NA | 0.00 | 0.00 |
| BANK ONE/JPM CHASE | Unsecured | 272.00 | 257.98 | 257.98 | 0.00 | 0.00 |
| CHASE BANK USA | Unsecured | 4,904.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA | Unsecured | 9,591.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA | Unsecured | 11,192.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA | Unsecured | 1,922.00 | NA | NA | 0.00 | 0.00 |
| CHASE HOME FINANCE | Secured | 3,532.00 | 3,532.00 | 0.00 | 0.00 | 0.00 |
| CHASE HOME FINANCE | Secured | NA | NA | NA | 0.00 | 0.00 |
| CHASE STUDENT LOAN SVCG LLC | Unsecured | 3,823.00 | 4,440.39 | 4,440.39 | 0.00 | 0.00 |
| CITIBANK | Unsecured | 2,432.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | 2,494.00 | NA | NA | 0.00 | 0.00 |
| CITICARDS PRIVATE LABEL | Unsecured | 423.43 | NA | NA | 0.00 | 0.00 |
| CMG GROUP LLC | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 39.30 | NA | NA | 0.00 | 0.00 |
| DELL FINANCIAL SERVICES | Unsecured | 2,007.00 | 2,095.25 | 2,095.25 | 0.00 | 0.00 |
| DELL FINANCIAL SERVICES | Unsecured | 1,065.00 | 1,131.29 | 1,131.29 | 0.00 | 0.00 |
| DOUBLEDAY BOOK CLUB | Unsecured | 48.96 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 1,480.49 | 1,501.72 | 1,501.72 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 2,177.00 | 2,303.36 | 2,303.36 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 1,569.00 | 1,710.95 | 1,710.95 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 1,049.00 | 1,099.24 | 1,099.24 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 819.00 | 911.45 | 911.45 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 701.00 | 796.02 | 796.02 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 473.00 | 441.59 | 441.59 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 5,856.91 | 5,141.56 | 5,141.56 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 2,013.00 | 2,103.77 | 2,103.77 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 994.00 | 1,057.34 | 1,057.34 | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ECAST SETTLEMENT CORPORATION | Unsecured | 532.00 | 573.78 | 573.78 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 479.00 | 522.23 | 522.23 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 240.00 | 341.42 | 341.42 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 1,929.00 | 2,100.31 | 2,100.31 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | NA | 494.03 | 494.03 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | NA | 6,030.32 | 6,030.32 | 0.00 | 0.00 |
| ECMC | Unsecured | 6,612.00 | 7,552.50 | 7,552.50 | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 314.00 | NA | NA | 0.00 | 0.00 |
| GINNYS | Unsecured | 725.08 | 711.01 | 711.01 | 0.00 | 0.00 |
| GMAC PAYMENT CENTER | Secured | NA | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 2,376.18 | 7,367.19 | 7,367.19 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 1,541.94 | 1,541.94 | 0.00 | 0.00 |
| IPC OF ILLINOIS | Unsecured | 48.30 | NA | NA | 0.00 | 0.00 |
| JC PENNEY CO | Unsecured | 37.83 | NA | NA | 0.00 | 0.00 |
| MACYS RETAIL HOLDINGS INC | Unsecured | 84.41 | 55.86 | 55.86 | 0.00 | 0.00 |
| MED BUSINESS BUREAU | Unsecured | 419.00 | NA | NA | 0.00 | 0.00 |
| MIDNIGHT VELVET | Unsecured | 439.52 | 435.20 | 435.20 | 0.00 | 0.00 |
| MRSI | Unsecured | 1,834.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 77.00 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE AGENCY | Unsecured | 31.90 | NA | NA | 0.00 | 0.00 |
| NW SUBURBAN IMAGING CONSULTA | Unsecured | 414.90 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 2,494.94 | 2,584.88 | 2,584.88 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 383.00 | 355.26 | 355.26 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 6,756.00 | 6,906.74 | 6,906.74 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 2,662.00 | 2,748.45 | 2,748.45 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 7,652.00 | 7,996.72 | 7,996.72 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 304.00 | 339.38 | 339.38 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 263.00 | 299.10 | 299.10 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 437.00 | 468.39 | 468.39 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 379.00 | 415.80 | 415.80 | 0.00 | 0.00 |
| PROVENA | Unsecured | 290.30 | NA | NA | 0.00 | 0.00 |
| PROVENA ST JOSEPH MEDICAL | Unsecured | 43.00 | NA | NA | 0.00 | 0.00 |
| RECOVERY MANAGEMENT SYSTEM | Unsecured | 96.00 | 150.56 | 150.56 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 1,486.00 | 1,558.38 | 1,558.38 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 663.00 | 788.61 | 788.61 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 7,263.00 | 7,647.05 | 7,647.05 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 179.38 | 219.89 | 219.89 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 1,462.00 | 1,432.90 | 1,432.90 | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | 131.00 | 162.65 | 162.65 | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | 380.00 | 417.54 | 417.54 | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | 1,094.00 | 1,152.65 | 1,152.65 | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | 266.00 | 261.69 | 261.69 | 0.00 | 0.00 |
| SALLIE MAE SERVICING CORP | Unsecured | 2,143.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE SERVICING CORP | Unsecured | 5,862.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE SERVICING CORP | Unsecured | 2,283.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE SERVICING CORP | Unsecured | 2,219.00 | 2,396.11 | 2,396.11 | 0.00 | 0.00 |
| SCHOLASTIC | Unsecured | 230.04 | NA | NA | 0.00 | 0.00 |
| SEVENTH AVENUE | Unsecured | 1,132.33 | 1,153.52 | 1,153.52 | 0.00 | 0.00 |
| SHERMAN HOSPITAL | Unsecured | 1,869.83 | NA | NA | 0.00 | 0.00 |
| SKO BRENNER AMERICAN | Unsecured | 249.75 | NA | NA | 0.00 | 0.00 |
| SSM | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| SUNTECH | Unsecured | 1,937.00 | NA | NA | 0.00 | 0.00 |
| THE EDUCATION RESOURCES INSTIT | Unsecured | 14,094.00 | 14,492.20 | 14,492.20 | 0.00 | 0.00 |
| TIMBER TRAILS COND ASSOC | Secured | NA | NA | NA | 0.00 | 0.00 |
| TOTAL GYM LTD | Unsecured | 387.11 | NA | NA | 0.00 | 0.00 |
| UNITED STUDENT AID FUNDS INC | Unsecured | 20,558.27 | 19,963.28 | 19,963.28 | 0.00 | 0.00 |
| UNITED STUDENT AID FUNDS INC | Unsecured | 411.00 | 411.00 | 411.00 | 0.00 | 0.00 |
| UNITED STUDENT AID FUNDS INC | Unsecured | 5,635.00 | 5,500.00 | 5,500.00 | 0.00 | 0.00 |
| UNITED STUDENT AID FUNDS INC | Unsecured | 5,127.00 | 5,222.91 | 5,222.91 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| US BANK | Unsecured | 1,480.00 | 1,404.84 | 1,404.84 | 0.00 | 0.00 |
| US BANK | Unsecured | NA | 329.04 | 329.04 | 0.00 | 0.00 |
| US BANK NATIONAL ASSOC | Secured | NA | NA | NA | 0.00 | 0.00 |
| WOMANCARE | Unsecured | 809.53 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCIAL NETWORK | Unsecured | 64.79 | 236.63 | 236.63 | 0.00 | 0.00 |
| WORLD FINANCIAL NETWORK | Unsecured | 578.00 | 630.59 | 630.59 | 0.00 | 0.00 |
| WORLD FINANCIAL NETWORK | Unsecured | 714.00 | 750.59 | 750.59 | 0.00 | 0.00 |
| WORLD FINANCIAL NETWORK | Unsecured | 269.17 | 768.88 | 768.88 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $11,665.00 | $10,404.61 | $1,135.44 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$11,665.00** | **$10,404.61** | **$1,135.44** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $7,367.19 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$7,367.19** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$149,513.79** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,025.95 |
| Disbursements to Creditors | $11,540.05 |
| **TOTAL DISBURSEMENTS :** | **$13,566.00** |

UST Form 101-13-FR-S (9/1/2009)

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 10/20/2010                                  By: /s/ Glenn Stearns
                                                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**